**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Central District of California

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Knotty Nuff Wood, Inc. | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | Knotty Nuff Wood, LLC | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 4 4 1 1 7 5 2 | |
| **4. Debtor's address** | **Principal place of business** <br> 1005 S Hathaway St <br> Number    Street <br> Santa Ana, CA 92705-4127 <br> City    State    ZIP Code <br><br> Orange <br> County | **Mailing address, if different from principal place of business** <br> Number    Street <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Number    Street <br> City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **1**

Debtor    Knotty Nuff Wood, Inc.    Case number *(if known)*
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  1   7   5   1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                MM / DD / YYYY<br>        Case number, if known _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor ___Knotty Nuff Wood, Inc._____ Case number *(if known)*_____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>          Number    Street<br>_____<br>_____   _____  _____<br>    City                              State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    Knotty Nuff Wood, Inc.    Case number (if known) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/27/2023
            MM/ DD/ YYYY

X _____    Ryan Aguire
Signature of authorized representative of debtor    Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

X _____    Date 12/27/2023
Signature of attorney for debtor    MM/ DD/ YYYY

Misty Perry Isaacson
Printed name

Pagter and Perry Isaacson
Firm name

1851 East First Street Suite 700
Number    Street

Santa Ana    CA    92705
City    State    ZIP Code

(714) 541-6072    misty@ppilawyers.com
Contact phone    Email address

193204    CA
Bar number    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**United States Bankruptcy Court**
**Central District of California**

In re  Knotty Nuff Wood, Inc.                                    Case No. _____
                              Debtor(s)                           Chapter    11 Subchapter V

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Ryan Aguirre, declare under penalty of perjury that I am the Chief Executive Officer of Knotty Nuff Wood, Inc, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 27th day of December, 2023.

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Ryan Aguirre, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Ryan Aguirre, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that , of this Corporation is authorized and directed to employ Misty Perry Isaacson, attorney and the law firm of Pagter and Perry Isaacson to represent the corporation in such bankruptcy case."

Date  December 27, 2023                         Signed  _____

Resolution of Board of Directors
of
Knotty Nuff Wood, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court for the Central District of California pursuant to chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Ryan Aguirre, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Ryan Aguirre, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Ryan Aguirre, Chief Executive Officer of this Corporation is authorized and directed to employ Misty Perry Isaacson, attorney and the law firm of Pagter and Perry Isaacson to represent the corporation in such bankruptcy case.

Date  December 27, 2023 _____     Signed _____

Date _____    Signed _____

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at_____Santa Ana, CA_____, California

Date: 12/27/2023

_____
Signature of Debtor

_____
Signature of Joint Debtor

---

*December 2012*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

Debtor name: Knotty Nuff Wood, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alejandro Vergara<br>1791 Catania Dr<br>Riverside, CA 92507-2391 | | Wages | | | | $1,000.00 |
| 2 | American Express | | Credit Card | | | | $6,936.36 |
| 3 | Andrew Perez<br>8395 Magnolia Ave Apt 12<br>Riverside, CA 92504-3225 | | Wages | | | | $880.00 |
| 4 | Andy Mendez<br>332 W 49th St<br>Los Angeles, CA 90037-3243 | | Wages | | | | $1,000.00 |
| 5 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886 | | Credit Card | | | | $9,804.66 |
| 6 | Buchalter<br>1000 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90017-1730 | | Attorney Fees/Costs | | | | $16,103.85 |
| 7 | Capital One<br>Po Box 60519<br>City Industry, CA 91716-0519 | | Credit Card | | | | $1,845.94 |
| 8 | Chris Guingo<br>782 N Shattuck Pl<br>Orange, CA 92867-7059 | | Wages | | | | $2,115.39 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Debtor    Knotty Nuff Wood, Inc.                                                                 Case number *(if known)*
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Federated Insurance  Po Box 95231  Chicago, IL 60694-0001 | | General Liability and Auto Insurance | | | | $2,698.80 |
| 10 | Guillermo Calixto  603 Bridewell St. No. 6  Los Angeles, CA 90042 | | Wages | | | | $1,280.00 |
| 11 | Luke Holden  c/o Michael J. Plocki  1108 5th Ave Ste 200  San Rafael, CA 94901-2996 | | Pending Litigation | Disputed Unliquidated | | | $5,775,000.00 |
| 12 | Pascual Martinez  2517 W Chanticleer Rd  Anaheim, CA 92804-5203 | | Wages | | | | $1,400.00 |
| 13 | Vanguard  4 Chase Metrotech Center 7th Floor East  , 11245 | | Services | Disputed | | | $956.25 |
| 14 | Weber Plywood  15501 Mosher Ave  Tustin, CA 92780-6424 | | Materials | | | | $26,000.00 |
| 15 | Wells Fargo Bank  Po Box 51193  Los Angeles, CA 90051-5493 | | Credit Card | | | | $11,935.24 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**   Knotty Nuff Wood, Inc.

Case No. _____

**Debtor**

Chapter ____11____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐ **FLAT FEE**

    For legal services, I have agreed to accept ................................................................................... _____

    Prior to the filing of this statement I have received ...................................................................... _____

    Balance Due ................................................................................................................................... _____

    ☑ **RETAINER**

    For legal services, I have agreed to accept and received a retainer of ..................................... $35,000.00

    The undersigned shall bill against the retainer at an hourly rate of ........................................... $500.00
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    $1,738.00    of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/27/2023        /s/ Misty Perry Isaacson

*Date*

Misty Perry Isaacson
*Signature of Attorney*

Bar Number: 193204
Pagter and Perry Isaacson
1851 East First Street Suite 700
Santa Ana, CA 92705
Phone: (714) 541-6072

Pagter and Perry Isaacson
*Name of law firm*

---

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Misty Perry Isaacson<br>Bar Number: 193204<br>Pagter and Perry Isaacson<br>1851 East First Street Suite 700<br>Santa Ana, CA 92705<br>Phone: (714) 541-6072<br>Email: misty@ppilawyers.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Knotty Nuff Wood, Inc.<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/27/2023

_____
Signature of Debtor 1

Date: 12/27/2023

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 12/27/2023

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

KNOTTY NUFF WOOD, INC.
1005 S HATHAWAY ST
SANTA ANA, CA 92705-4127


PAGTER AND PERRY
ISAACSON
1851 EAST FIRST STREET SUITE 700
SANTA ANA, CA 92705


U.S. TRUSTEE SANTA ANA
DIVISION
411 W 4TH ST STE 7160
SANTA ANA, CA 92701-4500

RYAN AGUIRRE  
742 E FERNDALE AVE  
ORANGE, CA 92865-4436

ALEJANDRO VERGARA  
1791 CATANIA DR  
RIVERSIDE, CA 92507-2391

AMERICAN EXPRESS  
PO BOX 981535  
EL PASO, TX 79998-1535

ANDREW PEREZ  
8395 MAGNOLIA AVE APT 12  
RIVERSIDE, CA 92504-3225

ANDY MENDEZ  
332 W 49TH ST  
LOS ANGELES, CA 90037-3243

BALBOA CAPITAL  
575 ANTON BLVD 12TH FLOOR  
COSTA MESA, CA 92626-7169

BANK OF AMERICA  
PO BOX 15019  
WILMINGTON, DE 19886

BUCHALTER  
1000 WILSHIRE BLVD. SUITE 1500  
LOS ANGELES, CA 90017-1730

CAPITAL ONE
PO BOX 60519
CITY INDUSTRY, CA 91716-0519

CHRIS GUINGO
782 N SHATTUCK PL
ORANGE, CA 92867-7059

FEDERATED INSURANCE
PO BOX 95231
CHICAGO, IL 60694-0001

FOOTHILL FINANCIAL, LP
1575 PLACENTIA AVENUE
NEWPORT BEACH, CA 92663

GRIZZLY INDUSTRIAL, INC.
1815 WEST BATTLEFIELD
SPRINGFIELD, MO 65807

GUILLERMO CALIXTO
603 BRIDEWELL ST. NO. 6
LOS ANGELES, CA 90042

JAMES B. HODGES TRUST
26882 CALLE HERMOSA
CAPO BEACH, CA 92624-1672

KNOTTY NUFF INTUITIVE
BUILDERS, INC.
401 N MONTE VISTA AVE
SAN DIMAS, CA 91773-2138

LUKE HOLDEN
C/O MICHAEL J. PLOCKI
1108 5TH AVE STE 200
SAN RAFAEL, CA 94901-2996

PASCUAL MARTINEZ
2517 W CHANTICLEER RD
ANAHEIM, CA 92804-5203

U.S. SMALL BUSINESS
ADMINISTRATION
OFFICE OF GENERAL COUNSEL
312 N SPRING ST 5TH FLOOR
LOS ANGELES, CA 90012-4701

U.S. SMALL BUSINESS
ADMINISTRATION
SBA DISASTER LOAN SERVICE CENTER
1545 HAWKINS BLVD STE 202
EL PASO, TX 79925-2654

VANGUARD
4 CHASE METROTECH CENTER 7TH
FLOOR EAST
11245

WEBER PLYWOOD
15501 MOSHER AVE
TUSTIN, CA 92780-6424

WELLS FARGO BANK
PO BOX 51193
LOS ANGELES, CA 90051-5493

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Misty Perry Isaacson<br>Bar Number: 193204<br>Pagter and Perry Isaacson<br>1851 East First Street Suite 700<br>Santa Ana, CA 92705<br>Phone: (714) 541-6072<br>Email: misty@ppilawyers.com<br><br>☑ *Attorney for:* Knotty Nuff Wood, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Knotty Nuff Wood, Inc.<br><br>Debtor(s). | CASE NO.: _____<br>ADVERSARY NO.: _____<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO RBP 1007(A)(1) AND 7007.1, AND LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____Ryan Aguirre_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                                F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____
    _____

b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 12/27/2023     By: _____
                        Signature of Debtor, or attorney for Debtor

                     Name: Ryan Aguirre
                     Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT